UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

KODY HOUCHIN,     PLAINTIFF

v.     CIVIL ACTION NO. 1:23-CV-145-CRS-LLK

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY

    DEFENDANT

### JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

April 2, 2024

Charles R. Simpson III, Senior Judge
United States District Court